UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY HARDY,<br><br>    Plaintiff,<br><br>  -against-<br><br>LAW OFFICE OF COHEN & SLAMOWITZ, LLP,<br><br>    Defendant. | **STIPULATION OF DISMISSAL**<br><br>**Case No: 1:10-CV-01040-RJA** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, JEREMY HARDY and Defendant, LAW OFFICE OF COHEN & SLAMOWITZ, LLP, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JEREMY HARDY, against Defendant, LAW OFFICE OF COHEN & SLAMOWITZ, LLP, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: May 13, 2011        KROHN & MOSS, LTD.

                                      /s/ Adam T. Hill
                                      Adam T. Hill, Esq.
                                      Krohn & Moss, Ltd
                                      120 W. Madison St., 10th Fl.
                                      Chicago, Illinois 60602
                                      Telephone:  312-578-9428
                                      Telefax:  866-289-0898
                                      ahill@consumerlawcenter.com
                                      Attorney for Plaintiff, JEREMY HARDY


Dated: May 13, 2011        Smith, Sovik, Kendrick & Sugnet

                                      /s/ Daniel R. Ryan
                                      Daniel R. Ryan, Esq.
                                      Smith, Sovik, Kendrick & Sugnet
                                      250 South Clinton Street, Ste. 600
                                      Syracuse NY 13202
                                      Attorney for Defendant, LAW OFFICE OF COHEN & SLAMOWITZ, LLP